USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/4/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW TORO,

                Plaintiff,

-against-

DOOZY CARDS, LLC,

                Defendants.

**MEMO ENDORSED**

**22-cv-06783 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant, a limited liability company, has failed to appear by counsel as is required. "[I]t is established that a corporation, which is an artificial entity that can only act through agents cannot proceed pro se." *See Jones v. Niagara Frontier Transp. Auth*., 722 F.2d 20, 22 (2d Cir. 1983); *see also Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("A limited liability company also may appear in federal court only through a licensed attorney.") "Since a corporation's failure to retain counsel results in a failure to 'otherwise defend,' it is appropriate to enter a default against a corporation which has failed to comply with a court order to retain counsel." *Dow Chem. Pac. Ltd. v. Rascator Maritime S.A*, 782 F.2d 329, 336 (2d Cir. 1986).

    Therefore, Defendant shall retain counsel and file a notice of appearance within 30 days of the date of this Order. Otherwise, the Court may enter default against Defendant. Defendant's time to answer or otherwise respond is stayed until the notice of appearance is filed.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7, which was improperly filed without counsel.

**SO ORDERED.**

Dated:   October 4, 2022
          New York, New York

*/s/ Andrew L. Carter, Jr.*

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**