USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/09/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ANDREW TORO,** *on behalf of himself and all others similarly situated*,

                      **Plaintiff,**

-against-

**DOOZY CARDS, LLC,**

                      **Defendant.**

**22-CV-6783 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:  November 9, 2022
          New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**